RSS:RSS
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 25-mj-716 DLM

FIROMSA AHMED UMAR

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1 (Arson and Attempted Arson):** On or about October 19, 2025, in Hennepin County, in the State and District of Minnesota, the defendant did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive materials, the building located at 306 East Hennepin Avenue, Minneapolis, Minesota and personal property therein, used in interstate commerce and in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

**Count 2 (Possession of Unregistered Destructive Device):** On or about October 20, 2025, in Hennepin County, in the State and District of Minnesota, the defendant knowingly possessed a firearm, as defined by Title 26, United States Code, Section 5845(a)(8), namely, an incendiary bomb commonly referred to as a "Molotov Cocktail" that qualifies as a destructive device within the meaning of Title 26, United States Code, Section 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record as required by law, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_Complainant's signature_

SUBSCRIBED and SWORN before me
by reliable electronic means via (FaceTime/~~Zoom~~ and
email) pursuant to Fed. R. Crim. P. 4.1.

Joshua Szondy, Special Agent, ATF
_Printed name and title_

Date: 10/22/25

City and State: St. Paul, MN

_Judge's Signature_
Douglas L. Micko, United States Magistrate Judge
_Printed Name and Title_