UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-716 DLM

UNITED STATES OF AMERICA

v.

FIROMSA AHMED UMAR

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Joshua A. Szondy, being duly sworn, depose and state as follows:

<u>INTRODUCTION AND AGENT BACKGROUND</u>

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since May of 2014. In addition to being employed with the ATF, your Affiant is also a current serving Noncommissioned Officer in the Minnesota Army National Guard, assigned as an All-Source Senior Intelligence Sergeant. Your Affiant is currently assigned to the St. Paul Field Office and performs the additional duty as an ATF Certified Explosives Specialist. Your Affiant's responsibilities include conducting criminal investigations of individuals and organizations related to the violations of Federal laws, particularly those related to criminal use and possession of destructive and incendiary devices, and acts of arson. Your Affiant has participated in numerous investigations and training related to criminal use, possession, and manufacturing of incendiary materials, components, and destructive devices, as well as acts of arson.

2. This affidavit is submitted in support of a Complaint against FIROMSA AHMED UMAR, charging him with arson and attempted arson of property used in interstate

1

commerce, in violation of Title 18, United States Code, Section 844(i); and possession of an unregistered destructive device, in violation of Title 26, United States Code, Section 5861(d).

3. The facts set forth in the Affidavit are based on your Affiant's training, experience, personal knowledge and observations in this investigation; upon his discussions with other law enforcement officers and agents directly involved in this investigation; and upon his review of official reports submitted in relation to this investigation. Further, this affidavit contains information to support probable cause, but is not intended to convey facts of the entire investigation.

## PROBABLE CAUSE

4. On October 19-20, 2025, two separate but similar incidents occurred at a business located at 306 East Hennepin Avenue, during which a suspect threw what appears to have been a "Molotov Cocktail" destructive device through the front window of the business. The first incident occurred late in the evening on October 19; the second occurred on the afternoon of October 20. Because the second incident occurred in broad daylight, there were more witnesses, and the suspect, UMAR, was quickly identified and apprehended. However, the facts indicate that UMAR was also responsible for the nearly identical incident on October 19, as well.

5. The business located at 306 East Hennepin is called Fletcher's Ice Cream & Café ("Fletcher's). It is a commercial business that sells ice cream, coffee, and baked goods to the general public. Notably, the business prominently displays a large rainbow flag on its exterior that is generally understood to signify pride or solidarity with the LGBTQ+ community. On October 22, 2025, your Affiant spoke with an owner at Fletcher's and

confirmed that the business sources and sells items that are made outside the state of Minnesota, and is thus engaged in interstate commerce.

### A. *October 20 Incident*

6.  On October 20, 2025, at approximately 1:00pm, witnesses in the immediate area of 306 East Hennepin Ave in Minneapolis, Minnesota reported seeing a Somali/East African male dressed in blue religious full-length clothing with a "tuft of hair under some kind of cap" and beard/facial hair, exit a blue/light blue minivan parked in the bus lane on East Hennepin Ave. Shortly after exiting the vehicle, the male suspect threw a lit object at the windows of the business located at 306 East Hennepin Avenue (Fletcher's). Witnesses described hearing a smash, then an explosion, seeing a "rag on fire on the ground," "something flaming," and smelling gasoline. The male suspect then entered the driver side of the vehicle and drove north towards 4th Street. Witnesses nearby captured an image of the vehicle and reported the Minnesota license plate of the vehicle as "RNS808." Notably, the van had a rectangular white sticker on the rear windshield, and the image appears to show someone wearing a baseball cap in the driver's seat.

*1- (left) pic of vehicle taken by witness / (right) close up of vehicle plate "RNS808" and white sticker center back window and driver wearing hat*

 

7. MPD officers and fire personnel arrived at 306 East Hennepin Ave shortly after the incident and noted a smell of gasoline and the presence of green broken glass pieces, a piece of cloth, and char marks on the sidewalk. A window at the front of the business was broken.

8. The items of evidence collected at the scene were consistent with the use of a type of destructive device that is colloquially referred to as a "Molotov Cocktail." A Destructive Device is defined in Title 26, United States Code, Section 5845(f) to include "[a]ny explosive, incendiary, or poison gas bomb, grenade, [or] rocket having a propellent charge of more than four ounces." A "Molotov Cocktail" is an incendiary bomb that consists of a breakable container, typically a glass bottle, containing an ignitable liquid and a fuse that, when lit, ignites the liquid and spreads a flame. The broken green glass fragments and cloth

recovered at the Fletcher's scene on October 20 alerted for presence of combustible gas, and suggest that a glass container containing combustible gas and a cloth wick/fuse was thrown at the building.

9. Using vehicle check query systems, responding Minneapolis Police Department officers identified MN plate "RNS808" as being a Blue 2011 Honda Odyssey van and the registered owner as UMAR.

10. At approximately 4:20pm on October 20, 2025, MPD officers located the Honda Odyssey van with MN Plate "RNS808" approximately 1.25 miles from 306 East Hennepin Ave. Officers conducted a traffic stop of the van and identified UMAR as the driver of the vehicle. At the time of the stop and arrest, UMAR was wearing a blue robe, commonly referred to as a "thobe" or "dishdasha" that bared an intricate collar design, over a white long sleeve shirt with blue writing on the left sleeve, and a green/teal baseball cap. MPD officers observed a gas can inside the vehicle during the stop.

*2 - (left) arrest video of UMAR / (right) clothing from UMAR worn during arrest*

 

11. On October 20, 2025, your Affiant reviewed surveillance footage from cameras that captured the relevant events that occurred that day in front of Fletcher's and observed the following. A light blue minivan was seen parked in the bus lane, facing east/northeast directly in front of Fletcher's. An individual wearing a full-length, blue robe-like garment over white long sleeves exits the driver's door of the vehicle. The individual walked towards Fletcher's. When the individual faced a camera, a lighter colored pattern near the collar/neck area of the individual could be seen. The individual also appeared to be wearing a teal baseball cap. The individual walked around the back of the vehicle, then towards the driver's side front of the vehicle. The individual then moved at an accelerated pace around the front of the vehicle holding an object, which the individual then appeared to ignite and throw towards the Fletcher's building. The object is then observed striking the window and what appears to be a piece of the object falls and burns on the ground in front of Fletcher's. The individual was

6

then observed entering the driver side of the vehicle and driving away towards the direction of 4th Street.

3 - suspect with blue robe and white sleeves



4 - suspect with blue robe, white sleeves, and white collar/sternum design walking back towards front of vehicle



5 - lit object being thrown by suspect



6 - *(clockwise from top left) suspect in robe, teal hat, and white sleeves / lit object in hand / lit object impact*





12. Based on my review of the video described above, the suspect captured on the video appears to be wearing the same clothing UMAR was wearing when he was pulled over by police officers later that day. It appears that UMAR threw a Molotov Cocktail at the Fletcher's window, and when the device hit the window, the wick or fuse component fell out and ultimately extinguished on the sidewalk.

### B. October 19 Incident

13. Notably, a similar incident occurred at the same business the evening before. This incident appears to have been committed by the same suspect and caused significantly more fire damage. Specifically, on October 19, 2025, at approximately 10:30pm, surveillance cameras show a light color minivan parked in the lot for Surdyk's, facing East Hennepin Avenue. This vehicle appears consistent with UMAR's van and appears to bear the same white rectangle sticker on the rear windshield. An individual is seen exiting the driver's seat of the van and walking across East Hennepin Ave towards Fletcher's. The individual is observed on camera wearing a dark colored full-length garment. After crossing East Hennepin Avenue, the individual is seen throwing a lit object towards Fletcher's and then returning to the vehicle and driving off. Significant flames can be seen in front of Fletcher's after the lit object is thrown.

*7 - suspect exits vehicle (door open) wearing full length garb – van with sticker on center back window*



*8 – suspect crosses street and lights object*



9 - full flame engulfment



10 - suspect runs back to vehicle



*11 - vehicle drives off with flames still burning*



14.     Investigators responding to Fletcher's on the evening of October 19, 2025 observed a broken window and glass fragments. Inside Fletcher's, a chair near the front window was burned, consistent with having been lit on fire. Detection tools for combustible gas alerted to the area of the broken window and fragments of glass on the sidewalk.

15.     The video and physical evidence is again suggestive of the use of a Molotov Cocktail during the October 19 incident. Based on the video and witness accounts, it appears that during the October 19 incident, the Molotov Cocktail broke through the front window and actually penetrated the interior of the business, lighting a chair on fire.

Employees from a nearby business reported running into Fletcher's to extinguish the burning chair.

16. Based on the sequence of events, it appears that on the evening of October 19, UMAR threw a Molotov Cocktail at Fletcher's with the goal of causing a fire at the business and, perhaps dissatisfied with the level of damage caused, returned again on the afternoon of October 20 and did the same thing.

17. An enquiry of the National Firearms Registration and Transfer Record System indicated that no registrations, historic or current, existed in UMARS's name that would permit him to possess a destructive device.

## CONCLUSION

18. Based upon the facts conveyed in this affidavit, your Affiant has probable cause to believe that on October 19 and 20, 2025, UMAR committed the crimes of arson/attempted arson of property used in interstate commerce, in violation of Title 18, United States Code, Section 844(i); and possession of an unregistered destructive device, in violation of Title 26, United States Code, Section 5861(d).

Further your Affiant sayeth not.

Joshua Szondy
Special Agent, ATF

SUBSCRIBED and SWORN before me
by reliable electronic means via (FaceTime/
Zoom and email) pursuant to Fed. R. Crim. P. 4.1
on October 22, 2025.

The Honorable Douglas L. Micko
U.S. Magistrate Judge

14