UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-446 KMM/SGE |
| Plaintiff, | **INDICTMENT** |
| v. | 18 U.S.C. § 844(i)<br>18 U.S.C. § 982(a)(2)(B)<br>26 U.S.C. § 5861(d) |
| FIROMSA AHMED UMAR, | 26 U.S.C. § 5871<br>26 U.S.C. § 5872 |
| Defendant. | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
### (Arson and Attempted Arson)

On or about October 19, 2025, in the State and District of Minnesota, the defendant,

**FIROMSA AHMED UMAR,**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive materials, the building located at 306 East Hennepin Avenue, Minneapolis, Minesota and personal property therein, used in interstate commerce and in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

### COUNT 2
### (Possession of Unregistered Destructive Device)

On or about October 19, 2025, in the State and District of Minnesota, the defendant,

SCANNED
NOV 18 2025
U.S. DISTRICT COURT MPLS

**FIROMSA AHMED UMAR,**

knowingly possessed a firearm, as defined by Title 26, United States Code, Section 5845(a)(8), namely, an incendiary bomb commonly referred to as a "Molotov Cocktail" that qualifies as a destructive device within the meaning of Title 26, United States Code, Section 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record as required by law, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 3
### (Attempted Arson)

On or about October 20, 2025, in the State and District of Minnesota, the defendant,

**FIROMSA AHMED UMAR,**

did maliciously attempt to damage and destroy, by means of fire and explosive materials, the building located at 306 East Hennepin Avenue, Minneapolis, Minesota and personal property therein, used in interstate commerce and in an activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

## COUNT 4
### (Possession of Unregistered Destructive Device)

On or about October 20, 2025, in the State and District of Minnesota, the defendant,

**FIROMSA AHMED UMAR,**

knowingly possessed a firearm, as defined by Title 26, United States Code, Section 5845(a)(8), namely, an incendiary bomb commonly referred to as a "Molotov Cocktail" that qualifies as a destructive device within the meaning of Title 26, United States Code, Section 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record as required by law, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATIONS

Counts 1-4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

Upon conviction of the offense in violation of Title 18, United States Code, Section 844 set forth in Counts 1 and 3 of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violations.

If convicted of any of Counts 2 and 4 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 in conjunction with Title 28, United States Code, Section 2461(c), any firearm involved in any violation of the National Firearms Act.

<u>United States v. Umar</u>

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON