UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-cr-446 KMM/SGE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FIROMSA AHMED UMAR,

        Defendant.

**MOTION TO CONTINUE FOR TRIAL**

The United States of America, by and through its attorneys, United States Attorney Daniel N. Rosen for the District of Minnesota, and LeeAnn K. Bell, Assistant United States Attorney, respectfully moves the Court for a continuance for trial in this case, set on or after May 18, 2025.

On January 30, 2026, counsel for Mr. Umar filed a letter stating that no motions will be filed. On February 10, 2026, defense counsel confirmed that Mr. Umar intends to proceed to trial. The Assistant United States Attorney assigned to this case has left the office, requiring that the case be reassigned, which is in process. Once assigned, the new Assistant United States Attorney will need time to review the file and prepare for trial. In light of the current trial schedule (there are presently 10 criminal trials scheduled in March and April), the United States is requesting that this trial be set on or after May 18, 2025.

Finally, in light of the facts described above, the United States believes that it is in the interest of justice to exclude the time between the filing of this motion and the new trial date from the speedy trial calculations. In particular, it is in the interest

of justice to allow the government time to reassign the case and for the new Assistant Untied States Attorney to review the file and prepare for trial.

The undersigned has conferred with defense counsel, and he indicated he wanted to speak with his client.

Accordingly, the United States respectfully requests that the Court grant its motion and schedule the trial at a date convenient to the parties on or after May 18, 2026.

Dated: February 11, 2026                    Respectfully submitted,

                                            DANIEL N. ROSEN
                                            United States Attorney

                                            *s/ LeeAnn Bell*
                                            BY:   LEEANN K. BELL
                                            Assistant U.S. Attorney