UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

No. 25-cr-446 (KMM/SGE)

Plaintiff,

v.

Firomsa Ahmed Umar,

Defendant.

**FINAL JURY INSTRUCTIONS**

JURY INSTRUCTION NO. 1

Members of the jury, the instructions I gave you at the beginning of the trial and during the trial remain in effect. I now give you some additional instructions.

You must, of course, continue to follow the instructions I gave you earlier, as well as those I give you now. You must not single out some instructions and ignore others, because all are important.

The instructions I am about to give you now are in writing and will be available to you in the jury room.

JURY INSTRUCTION NO. 2

It is your duty to find from the evidence what the facts are. You will then apply the law, as I give it to you, to those facts. You must follow my instructions on the law, even if you thought the law was different or should be different.

You should not be influenced by any person's race, color, ethnicity, national origin, religion, gender, gender identity, sexual orientation, disability, or economic circumstances. You must decide the case solely on the evidence and the law before you and must not be influenced by any personal likes or dislikes, opinions, prejudices, sympathy, or biases, including unconscious bias. Unconscious biases are stereotypes, attitudes, or preferences that people may consciously reject but may express without conscious awareness, control, or intention. Like conscious bias, unconscious bias, too, can affect how we evaluate information and make decisions.

The law demands of you a just verdict, unaffected by anything except the evidence, your common sense, and the law as I give it to you.

## JURY INSTRUCTION NO. 3

I have mentioned the word "evidence." The "evidence" in this case consists of the testimony of witnesses, the documents and other items received as exhibits.

You may use reason and common sense to draw deductions or conclusions from facts which have been established by the evidence in the case.

Certain things are not evidence. I will list those things again for you now:

1.      Statements, arguments, questions and comments by lawyers representing the parties in the case are not evidence.

2.      Objections are not evidence. Lawyers have a right to object when they believe something is improper. You should not be influenced by the objection. If I sustained an objection to a question, you must ignore the question and must not try to guess what the answer might have been.

3.      Anything you saw or heard about this case outside the courtroom, including before the trial began, is not evidence.

JURY INSTRUCTION NO. 4

In deciding what the facts are, you may have to decide what testimony you believe and what testimony you do not believe. You may believe all of what a witness said, or only part of it, or none of it.

In deciding what testimony to believe, consider the witness's intelligence, the opportunity the witness had to have seen or heard the things testified about, the witness's memory, any motives that witness may have for testifying a certain way, the manner of the witness while testifying, whether that witness said something different at an earlier time, the general reasonableness of the testimony, and the extent to which that testimony is consistent with other evidence that you believe.

In deciding whether or not to believe a witness, keep in mind that people sometimes hear or see things differently and sometimes forget things. Therefore, you need to consider whether a contradiction is an innocent mis-recollection or lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or only a small detail.

JURY INSTRUCTION NO. 5

You have heard testimony from people described as experts. People who, by knowledge, skill, training, education, or experience, have become experts in some field may state their opinions on matters in that field and also the reasons for their opinions.

Expert testimony should be considered just like any other testimony. You may accept or reject it and give it as much weight as you think it deserves, considering the witness's education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case.

## JURY INSTRUCTION NO. 6

An exhibit has been shown to you in order to help explain the evidence in the case.

That exhibit was used for convenience, and it is not itself evidence or proof of any facts.

JURY INSTRUCTION NO. 7

The Indictment in this case charges Mr. Umar as follows:

**Count One:** On or about October 19, 2025, in the State and District of Minnesota, the defendant, Firomsa Ahmed Umar, did maliciously damage or destroy, or attempt to damage or destroy, using fire or explosive materials, Fletcher's Ice Cream & Cafe, a building located at 306 East Hennepin Avenue in Minneapolis, Minnesota and the property inside the building used in interstate commerce or in an activity affecting interstate commerce in violation of federal law.

**Count Two:** On or about October 19, 2025, in the State and District of Minnesota, Mr. Umar knowingly possessed a destructive device—namely, an incendiary bomb commonly referred to as a "Molotov cocktail" —which was not registered to him in the National Firearms Registration and Transfer Record as required by law.

**Count Three:** On or about October 20, 2025, in the State and District of Minnesota, Mr. Umar maliciously attempted to damage or destroy, using fire or explosive materials, Fletcher's Ice Cream & Cafe, a building located at 306 East Hennepin Avenue in Minneapolis, Minnesota and the property inside the building used in interstate commerce or in an activity affecting interstate commerce, in violation of federal law.

**Count Four:** On or about October 20, 2025, in the State and District of Minnesota, Mr. Umar knowingly possessed a destructive device—namely, an incendiary bomb commonly referred to as a "Molotov cocktail" —which was not registered to him in the National Firearms Registration and Transfer Record as required by law.

The Indictment is simply the document that formally charges Mr. Umar with the crimes for which he is on trial. The Indictment is not evidence. Mr. Umar has pleaded not guilty to each of those charges. At the beginning of the trial, I instructed that you must presume Mr. Umar to be innocent. Thus, Mr. Umar began the trial with a clean slate, with no evidence against him. Please remember that Mr. Umar is only on trial for the offenses charged in the Indictment, and not for anything else.

The presumption of innocence alone is sufficient to find Mr. Umar not guilty and can be overcome only if the government proved during the trial, beyond a reasonable doubt, each element of a crime charged.

Keep in mind that each count charges a separate crime. You must consider each count separately and return a separate verdict for each count.

There is no burden upon a defendant to prove that he or she is innocent. Instead, the burden of proof remains on the government throughout the trial. The fact that Mr. Umar did not testify must not be considered by you in any way, or even discussed, in arriving at your verdicts.

JURY INSTRUCTION NO. 8

The Indictment charges that the offenses were committed "on or about" a certain date. The government must prove that the offense happened reasonably close to the dates provided. But the government is not required to prove the alleged offense happened on the exact specified date.

<u>JURY INSTRUCTION NO. 9</u>

It is a crime for a person to commit or attempt to commit arson. This crime, as charged in Count One of the Indictment, has three elements:

*One*, on or about October 19, 2025, Mr. Umar maliciously damaged or destroyed, or attempted to damage or destroy Fletcher's Ice Cream & Cafe, a business located at 306 East Hennepin Avenue in Minneapolis;

*Two*, that he did so by fire or explosive materials; and

*Three*, at the time of the fire, Fletcher's Ice Cream & Cafe was used in interstate commerce, or was used in an activity affecting interstate commerce.

"Interstate commerce" means business or trade taking place between people or entities located in two or more states, or between people and entities in the United States and another country. The government must prove that the property was actually used for a function involving or affecting interstate commerce. Property "used in an activity affecting interstate commerce" means active use of the property for a real commercial purpose, not just a passive, passing, or past connection to this sort of trade.

To act maliciously means to act with the intent that, or with willful disregard of, the likelihood that damage or injury would result.

If all of these elements have been proved beyond a reasonable doubt as to Mr. Umar, then you must find him guilty of the crime charged under Count One. Otherwise, you must find Mr. Umar not guilty of this crime under Count One.

<u>JURY INSTRUCTION NO. 10</u>

It is a crime for a person to use or possess an unregistered destructive device. This crime, as charged in Count Two of the Indictment, has four elements:

*One,* on or about October 19, 2025, Mr. Umar knowingly possessed a destructive device;

*Two*, the destructive device was an incendiary bomb commonly referred to as a "Molotov cocktail" for which registration is required;

*Three*, Mr. Umar knew the destructive device was an incendiary bomb, or Molotov cocktail; and

*Four*, the destructive device was not registered to Mr. Umar in the National Firearms Registration and Transfer Record.

If all of these elements have been proved beyond a reasonable doubt as to Mr. Umar, then you must find him guilty of the crime charged under Count Two. Otherwise, you must find Mr. Umar not guilty of this crime under Count Two.

JURY INSTRUCTION NO. 11

It is a crime for a person to attempt to commit arson. This crime, as charged in Count Three of the Indictment, has three elements:

*One*, on or about October 20, 2025, Mr. Umar maliciously attempted to damage or destroy Fletcher's Ice Cream & Cafe, a business located at 306 East Hennepin Avenue in Minneapolis;

*Two*, that he did so by fire or explosive materials; and

*Three*, at the time of the fire, Fletcher's Ice Cream & Cafe was used in interstate commerce, or was used in an activity affecting interstate commerce.

"Interstate commerce" has the same meaning I gave you for Count One.

To act maliciously means to act with the intent that, or with willful disregard of, the likelihood that damage or injury would result.

If all of these elements have been proved beyond a reasonable doubt, then you must find Mr. Umar guilty of the crime charged under Count Three. Otherwise, you must find Mr. Umar not guilty of Count Three.

JURY INSTRUCTION NO. 12

It is a crime for a person to use or possess an unregistered destructive device. This crime, as charged in Count Four of the indictment, has four elements:

*One,* on or about October 20, 2025, Mr. Umar knowingly possessed a destructive device;

*Two*, the destructive device was an incendiary bomb commonly referred to as a "Molotov cocktail" for which registration is required;

*Three*, Mr. Umar knew the destructive device was an incendiary bomb, or Molotov cocktail; and

*Four*, the destructive device was not registered to Mr. Umar in the National Firearms Registration and Transfer Record.

If all of these elements have been proved beyond a reasonable doubt as to Mr. Umar, then you must find him guilty of the crime charged under Count Four. Otherwise, you must find Mr. Umar not guilty of Count Four.

<u>JURY INSTRUCTION NO. 13</u>

Reasonable doubt is doubt based upon reason and common sense and not doubt based on speculation. A reasonable doubt may arise from careful and impartial consideration of all the evidence, or from a lack of evidence. Proof beyond a reasonable doubt is proof of such a convincing character that a reasonable person, after careful consideration, would not hesitate to rely and act upon that proof in life's most important decisions. Proof beyond a reasonable doubt is proof that leaves you firmly convinced of the defendant's guilt. Proof beyond a reasonable doubt does not mean proof beyond all possible doubt.

JURY INSTRUCTION NO. 14

In conducting your deliberations and returning your verdict, there are certain rules you must follow. I will list those rules for you now.

*First*, when you go to the jury room, you must select one of your members as your foreperson. That person will preside over your discussions and speak for you here in court. You will be given the evidence on a laptop to review at your discretion. There is also physical evidence that you will be able to review. It will be provided in the custody of the case agent, and a member of my staff will also be present. There should be no deliberation or discussion at all while the case agent and my staff are in the jury room for this limited purpose, and you may not ask them any questions.

*Second*, it is your duty, as jurors, to discuss this case with one another in the jury room and you must only deliberate when you are all together. You should try to reach agreement if you can do so without violence to individual judgment, because a verdict—whether guilty or not guilty—must be unanimous.

Each of you must make your own conscientious decision, but only after you have considered all the evidence, discussed it fully with your fellow jurors, and listened to the views of your fellow jurors.

Do not be afraid to change your opinions if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right, or simply to reach a verdict.

*Third*, if the defendant is found guilty, the sentence to be imposed is my responsibility. You may not consider punishment in any way in deciding whether the government has proved its case beyond a reasonable doubt.

*Fourth*, if you need to communicate with me during your deliberations, you may send a note to me through the marshal or bailiff, signed by one or more jurors. I will respond as soon as possible either in writing or orally in open court. Remember that you should not tell anyone—including me—how your votes stand numerically.

*Fifth*, your verdict must be based solely on the evidence and on the law which I have given to you in my instructions. The verdict whether guilty or not guilty must be unanimous as to each count. Nothing I have said or done is intended to suggest what your verdict should be—that is entirely for you to decide.

*Sixth*, the verdict form is the written notice of the decision that you reach in this case. The verdict form reads: Count One. Arson and Attempted Arson. As to Count One of the Indictment, we, the Jury, find the Defendant, Firomsa Ahmed Umar, "guilty" or "not guilty." Count Two. Possession of an Unregistered Destructive Device. As to Count Two of the Indictment, we, the Jury, find the Defendant, Firomsa Ahmed Umar, "guilty" or "not guilty." Count Three. Attempted Arson. As to Count Three of the Indictment, we, the Jury, find the Defendant, Firomsa Ahmed Umar, "guilty" or "not guilty." Count Four. Possession of an Unregistered Destructive Device. As to Count Four of the Indictment, we, the Jury, find the Defendant, Firomsa Ahmed Umar, "guilty" or "not guilty."

You will take this form to the jury room, and when each of you has agreed on the verdicts, your foreperson will fill in the form, sign and date it, and advise the marshal or bailiff that you are ready to return to the courtroom.

*Finally*, please be aware that you may be required to consider additional issues depending on your verdicts. You should not speculate about this matter: I will give you additional instructions if needed. I am solely mentioning this to you for planning purposes, so you are aware that your work may not yet be over.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    No. 25-cr-446 (KMM/SGE)

        Plaintiff,

v.

Firomsa Ahmed Umar,

        Defendant.

**PHASE TWO FINAL JURY INSTRUCTIONS**

## JURY INSTRUCTION NO. 15

It is now time for you to deliberate regarding the second phase of this trial. The previous instructions I gave regarding how to deliberate remain in effect.

You have to answer a single question in this phase: Did Mr. Umar select Fletcher's Ice Cream & Cafe as the object of arson because of the actual or perceived gender identity or sexual orientation of any person?

Please remember that the government bears the burden of proof here. Unless the government proves beyond a reasonable doubt that Mr. Umar selected Fletcher's Ice Cream & Cafe as the object of arson because of the actual or perceived gender identity or sexual orientation of any person, you must answer the question "no." If the government proves this issue beyond a reasonable doubt, you must answer the question "yes." Remember that you must be unanimous.