# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FIROMSA AHMED UMAR

        Defendant.

**COURT MINUTES**
BEFORE: Katherine M. Menendez
U.S. District Judge

| | |
|---|---|
| Case No: | 25-cr-446 (KMM/SGE) |
| Date: | 04/08/2026 |
| Court Reporter: | Paula Richter |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 8:46 a.m./9:59 a.m. |
| | 11:42 a.m./12:22 |
| | 1:18 p.m./1:25 p.m. |
| Time Concluded: | 1:25 p.m. |
| Time in Court: | 1 Hour & 50 Minutes |

## APPEARANCES:

Plaintiff:     William Mattessich, Assistant U.S. Attorney
              Jeanne Semivan, Special Assistant U.S. Attorney
Defendant(s): Wyatt Arneson    X CJA

## PROCEEDINGS:

X **Jury Trial Held.**
X **Jury Trial Ended**
X Closing arguments.
X Jury received case at 9:55 a.m.
X Verdict Returned at 11:47 a.m.:
   X   Guilty as to Counts 1, 2, 3, and 4.
X Bifurcated trial Held
X Govt Witness: Sergeant Dean Kreigel
X Question 1 Verdict Returned at 1:18 p.m.
   X   Yes on Question 1.

## IT IS ORDERED:

X Oral motion for judgment of acquittal is .
X Clerk to file verdicts.
X Presentence Investigation and Report requested.
X Defendant remains in the custody of the U.S. Marshal.

s/AJS
Judicial Assistant/Courtroom Deputy